UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD F. WOOLLARD,

    Plaintiff,

v.   Case No:   2:16-mc-32-FtM-99MRM

US TREASUREY DEPT, IRS,

    Defendant.
_____/

## ORDER

Having considered the proceedings in this matter, the District and Magistrate Judges of the Fort Myers Division of the United States District Court for the Middle District of Florida must recuse themselves so as to avoid even the appearance of partiality or impropriety.  *See* 28 U.S.C. § 455(a).  Specifically, the person identified as the Plaintiff in this matter is an employee of the United States General Services Administration with responsibilities relating to the United States Courthouse and Federal Building of the Fort Myers Division.  Accordingly, recusal of all of the judges of the Fort Myers Division is necessary in these proceedings pursuant to 28 U.S.C. § 455 and in the interest of justice.  The Clerk of Court is directed to transfer this case to the Tampa Division of the Middle District of Florida and, thereafter, to close the above-captioned case.

**DONE AND ORDERED** in Fort Myers, Florida on December 1, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties